ORIGINAL

arwingatmayind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **07-00096** |
| Plaintiff, | **INDICTMENT** |
| vs. | **POSSESSION OF A FIREARM BY A PROHIBITED PERSON** |
| ARVIN GATMAY, | [18 U.S.C. §§ 922(g)(5)(B); 924(a)(2) & 2] |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A PROHIBITED PERSON

On or about September 10, 2007, in the District of Guam and elsewhere, ARVIN GATMAY, the defendant herein, having been an alien admitted to the United States under a non-immigrant visa, did knowingly possess and receive, a firearm, that is Mossberg, 12 Gauge shotgun, Serial Number J975870, Model 500A, which had been shipped and transported in

//
//
//

interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(B), 924(a)(2) and 2.

DATED this 17th day of October, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00096**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name _____ARVIN GATMAY_____

Alias Name _____

Address _____

_____Dededo, Guam_____

Birthdate __Xx/xx/1980__ SS# __xxx-xx-7465__ Sex __M__ Race ____ Nationality __Yapese__

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED OCT 17 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(5)(B); 924(a)(2) | Possession of a Firearm by a Prohibited Person | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: _____