

arvingatmayseal

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 1 7 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00096 |
| Plaintiff, ) | |
| vs. ) | APPLICATION TO SEAL RECORD |
| ARVIN GATMAY, ) | |
| Defendant. ) | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 17th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney