LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00096 |
| Plaintiff, | |
| vs. | **ORDER SEALING RECORD** |
| ARVIN GATMAY, | |
| Defendant. | |

Through an application to seal record having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record is sealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 17, 2007