arvingatmayuns

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 1 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ARVIN GATMAY,<br><br>                Defendant. | CRIMINAL CASE NO. 07-00096<br><br>**APPLICATION TO UNSEAL RECORD** |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 18th day of October 2007.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney