**FILED**
**DISTRICT COURT OF GUAM**

**OCT 18 2007**

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| ARVIN GATMAY | Case Number: CR-07-00096 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ARVIN GATMAY** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

**RECEIVED**
**OCT 17 2007**
**US MARSHALS SERVICE-GUAM**

charging him or her with (brief description of offense)

Possession of a Firearm by a Prohibited Person

in violation of Title __18__ United States Code, Section(s) __922(g)(5)(B); 924(a)(2) & 2__

| | |
|---|---|
| MARILYN B. ALCON | *Marilyn B. Alcon* |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 10/17/2007  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

GUAM Superior Court Probation Office.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/17/07 | S/A HOANG M. NGUYEN | *Hoangn* |
| DATE OF ARREST | | |
| 10/18/07 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ARVIN GATMAY_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: