# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00096	DATE: October 18, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori	Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia Kilgore/Francine Diaz	Electronically Recorded: 2:14:17 - 2:23:10

CSO: N. Edrosa

**APPEARANCES:**

Defendant: Arvin Gatmay	Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.	☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas	U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Judy Ocampo	U.S. Marshal: R. Lumagui
Interpreter:	Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Court ordered that the case be unsealed.
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: December 12, 2007 at 9:30 A.M.
- Government noted for the record that there is a detainer on defendant.

NOTES: