# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. **07-00096** |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **ARVIN GATMAY,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Oct 18, 2007**