1

2

3

4

5                                DISTRICT COURT OF GUAM

6                                TERRITORY OF GUAM

7

8    UNITED STATES OF AMERICA,                    CRIMINAL CASE NO. **07-00096**

9                         Plaintiff,

10         vs.
                                                  **TRIAL ORDER**
11   **ARVIN GATMAY,**

12                         Defendant.

13

14         IT IS HEREBY ORDERED that the trial for the defendant in this matter is set for

15   **Wednesday, December 12, 2007, at 9:30 a.m.**  Pretrial motions shall be filed no later than

16   November 21, 2007.

17         IT IS FURTHER ORDERED that the following be filed or lodged with this Court

18   no later than December 5, 2007 (seven calendar days prior to trial):

19         1)    Proposed jury voir dire questions;

20         2)    An original and one copy of the exhibit list -
                 (Government's exhibits numbered; Defendant's exhibits
21               lettered);

22         3)    Three complete sets of marked and tabbed exhibits in
                 three-ring binders.  A copy of the Exhibit List shall be
23               included in each three-ring binder.  The parties shall
                 meet and confer sufficiently in advance of trial and
24               formulate a set of joint exhibits, if possible, to eliminate
                 duplicate  exhibits.  Those  exhibits  upon  which
25               agreement  cannot  be  reached  shall  be  submitted
                 separately by each respective party;
26
           4)    Any documents to be used in the examination of
27               witnesses, but not to be introduced into evidence, such
                 as  police  reports,  investigative  reports  or  witness
28               statements - (one copy must be lodged with the Court);

1     5)     Proposed verdict forms;

2     6)     An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment); and

    7)     Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

IT IS FURTHER ORDERED THAT:

    1)     If additional witnesses are to be called or additional exhibits are to be submitted, an original and one copy of a supplemental witness list or a supplemental exhibit list must be filed with the Court. Additionally, three copies of pre-marked supplemental exhibits must be lodged with the Court prior to their use at trial. The three copies of the pre-marked exhibits must have three holes punched on the left-hand side so that they can be easily inserted in the three-ring exhibit binders previously submitted by the parties.

    2)     If during the course of the trial, additional documents will be used in the examination of witnesses, but not introduced into evidence, one copy of each document shall be lodged with the Court prior to its use at trial.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Oct 18, 2007**