

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 19 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00096 |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR DETENTION HEARING** |
| ARWIN GATMAY, ) | [18 U.S.C. § 3142] |
| Defendant. ) | |

Comes now Rosetta L. San Nicolas, Assistant U.S. Attorney and respectfully requests that this Honorable Court schedule a Detention Hearing pursuant to 18 U.S.C. §3142 at the Court's earliest convenience.

Defendant was Indicted on October 17, 2007. On October 18, 2007, defendant appeared for an Initial Appearance and was represented by Richard Arens, Federal Public Defender. Jury Selection and Trial in this matter was scheduled for December 12, 2007 at 9:30 a.m. Defendant was released to the custody of Immigration and Customs Enforcement pursuant to a Detainer. The Government reserved the right for and respectfully requests for a Detention Hearing.

Respectfully submitted this 19th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney