

1  arvingatmaynot

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 1 9 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00096 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **NOTICE OF MOTION** |
| ARWIN GATMAY, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that on _October 19_, 2007 at the hour of _10:45_ a.m., in the Courtroom of the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, District Court of Guam, in the matter of United States' Motion for Detention Hearing.

Dated this 19th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

RECEIVED
OCT 19 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM