# UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:** John W. San Nicolas II, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**

[ ] **Disposition of Original Notice**

Date: **October 19, 2007**

Date: _____

By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

By: _____

---

Defendant: **GATMAY, Arvin**

Case Number: **Criminal Case #07-00096-001**

Date of Birth: **XX-XX-1980**

Place of Birth: **Colonia, Yap - FSM**

SSN: **XXX-XX-7465**

Alien ("A") Number: **N/A**

---

## NOTICE OF COURT ORDER (Order Date: **October 19, 2007**)

[X] The above-named defendant surrendered Passport Number **XXXXXXX** (Issuing Country: **Yap - FSM**) to the custody of the U.S. Probation Office on **26 OCT 2007** .

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    □ Not Convicted - Document returned to defendant.
    □ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    □ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)