# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00096      DATE: December 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 1:35:41 - 1:55:56 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Arvin Gatmay | Attorney: Richard Arens |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: March 3, 2008 at 9:00 A.M.
- Draft Presentence Report due to the parties: January 28, 2008
- Response to Presentence Report: February 11, 2008
- Final Presentence Report due to the Court: February 25, 2008
- Defendant to remain released.

NOTES: