IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| ARVIN GATMAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 2, 922(g)(5)(B) and 924(a)(2), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense.  All parties shall appear before this Court for sentencing on March 3, 2008, at 9:00 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Dec 20, 2007**