# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARVIN GATMAY, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 07-00096-001 <br><br> **INFORMATIONAL REPORT** |

**Re:  Violations of Pretrial Release Conditions; No Action Requested**

On October 18, 2007, Arvin Gatmay made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to an Indictment charging him with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(5)(B) & 924(a)(2) & 2.  He was remanded to custody on an immigration detainer.

On October 19, 2008, Mr. Gatmay was released on was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed residence and not change address without permission of the Court; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; report as soon as possible any contact with law enforcement; and not have any contact with the victims in his local superior court case.

He is alleged to have violated the following condition of release:

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.*

INFORMATIONAL REPORT
Violations of Pretrial Release Conditions
Re:   GATMAY, Arvin
Criminal Case No. 07-00096-001
January 31, 2008
Page 2


**Standard Condition:** *The defendant shall report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning or traffic stop.*

On November 28, 2007, Mr. Gatmay was issued a traffic citation (number 1C0643656) by a Guam Police Department officer for Speeding, in violation of Title 16 Guam Code Annotated, Section 3301(f); and for two counts of Child Under Two Without Restraint, in violation of Title 16 Guam Code Annotated, Section 26101. Mr. Gatmay attached a copy of the traffic citation when he submitted his monthly supervision report on December 4, 2007. On January 25, 2008, this Officer spoke with Mr. Gatmay regarding the traffic citation. He stated that he was "running late to a medical appointment for his two children." He admitted that he was speeding and that his children, age one and three months, were not restrained as required by Guam law. On December 20, 2007, Mr. Gatmay paid a total of $176 for the traffic violations (verified). This Officer warned him to abide by all traffic laws while on pretrial release.

**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Mr. Gatmay has been warned of the consequences of further violations. His compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

        Respectfully submitted,

        ROSSANNA VILLAGOMEZ-AGUON
        Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
        U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    Rosetta L. San Nicolas, AUSA
        John Gorman, FPD
        File