
JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ARVIN GATMAY

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00096 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE ) SENTENCING |
| vs. | ) |
| ARVIN GATMAY, | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for March 3, 2008, be continued for 3 months at a date and time convenient to the court. This request is justified as a result of an appeal now pending in the Ninth Circuit which could directly impact Gatmay's case. In United States v. Sablan, the court is reviewing the issue of collateral estoppel as it relates to prosecutions in both the Superior Court and the District Court of Guam for the same offense conduct. Mr. Gatmay is similarly situated. He

has been convicted and sentenced in the Superior Court of Guam for possessing the same firearm which serves as the basis for the matter now before the District Court of Guam. The parties assert that the ends of justice will be served if this matter is continued pending the outcome in Sablan. Mr. Gatmay has been advised of the pending issue and has no objection to a continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, February 13, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
ARVIN GATMAY

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2