JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ARVIN GATMAY

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 07-00096 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ARVIN GATMAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on February 14, 2008, is HEREBY APPROVED and So ORDERED, that the Sentencing currently scheduled for March 3, 2008 at 9:00 a.m. is hereby continued to June 3, 2008, at 9:30 a.m.



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Feb 20, 2008**