# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARVIN GATMAY,<br><br>Defendant. | Criminal Case No. 07-00096<br><br>**ORDER RE: SENTENCING** |

The Stipulation filed on June 2, 2008, is HEREBY APPROVED and the Sentencing currently scheduled for June 3, 2008 at 9:30 a.m. is hereby continued to September 17, 2008, at 9:30 a.m.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jun 02, 2008**